# Third District Court of Appeal

## State of Florida

Opinion filed March 15, 2017.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D16-2198
Lower Tribunal No. 16-3753
_____

**MVW Management, LLC,**
Appellant,

vs.

**Regalia Beach Developers LLC, etc., et al.,**
Appellees.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Michael A. Hanzman, Judge.

Leon Cosgrove, LLC, and Scott B. Cosgrove and Ellen Ross Belfer; McDermott Will & Emery LLP, and Marcos D. Jimenez, for appellant.

Bilzin Sumberg Baena Price & Axelrod, LLP, and Michael N. Kreitzer and James J. Ward, for appellees.

Before FERNANDEZ, LOGUE, and SCALES, JJ.

PER CURIAM.

We adopt the well-reasoned analysis outlined by the trial court in the record below and affirm the ruling that MVW Management, LLC is not entitled to advancement of its costs and attorney's fees under either the operating agreement or management agreement.

Affirmed.